IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY J. TAYLOR,

    Petitioner,               No. CIV S-07-2683 LKK KJM P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION,

    Respondent.              <u>ORDER</u>

        /

    Petitioner has requested an extension of time to file and serve an opposition to respondent's June 5, 2008 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's motion for an extension of time (docket no. 15) is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file and serve an opposition to respondent's June 5, 2008 motion to dismiss.

DATED: June 18, 2008.

                                          U.S. MAGISTRATE JUDGE

1/mp
tayl2683.111